UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANNETTE RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:21-CV-00297 |
| | § | |
| CITY OF CORPUS CHRISTI; | § | |
| PAULETTE GUAJARDO; PETER | § | |
| ZANONI; EYVON MCHANEY; | § | |
| AND STEVEN VIERA, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

In accordance with the notice filed by Plaintiff Annette Rodriguez under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, (Dkt. No. 44), the Court **DISMISSES WITHOUT PREJUDICE** all claims and causes of action against Defendants Paulette Guajardo, Peter Zanoni, Steven Viera, and Eyvon McHaney ("the City Officials"). None of the City Officials have filed an answer. The City of Corpus Christi is the only remaining Defendant. *See* (Dkt. No. 45).

It is SO ORDERED.

Signed on April 11, 2022.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**